# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2008

136960

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PETER OLSEN,
          Plaintiff-Appellant,

v

KENNETH H. KARAM,
          Defendant,

and

PATRICIA MACERONI,
          Defendant-Appellee.

SC: 136960
COA: 277856
Macomb CC: 2005-005005-NM

_____/

On order of the Court, the application for leave to appeal the June 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk